UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARY F. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-22-B-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed December 6, 2006 the Recommended Decision is accepted.

Accordingly, it is ORDERED that the decision of the commissioner is VACATED and the case REMANDED for proceedings not inconsistent with the Recommended Decision.

/s/John A. Woodcock, Jr.
United States District Judge

Dated this 28th day of December, 2006.